

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-16-00831-CV

**WONG GROCERY CO., LLC**,
Appellant

v.

Patrick **LAMBKIN**, Felipe Valdez dba Raw Happiness Juice Bar,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10644
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
   Karen Angelini, Justice
   Marialyn Barnard, Justice
   Rebeca C. Martinez, Justice
   Patricia O. Alvarez, Justice (Dissenting)
   Luz Elena D. Chapa, Justice
   Irene Rios, Justice

The appellee's motion for en banc reconsideration is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court